# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY DOTSON,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:12-CV-00997-JCM-(CWH)

**ORDER**

    Plaintiff has filed a motion for summary judgment (#14). Regardless of the minute order (#15), defendants need not respond to it. The motion (#14) is moot because the court has directed plaintiff to file an amended complaint. See Order (#13). Additionally, the defendants are not obligated to file an answer or other response until the court screens the complaint and directs the defendants to file an answer or other response.

    IT IS THEREFORE ORDERED that plaintiff's motion for summary judgment (#14) is **DENIED** as moot.

    DATED: August 2, 2012.

JAMES C. MAHAN
United States District Judge